Appendix B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
_____ DIVISION

United States Courts
Southern District of Texas
FILED
1/09/2025
Nathan Ochsner, Clerk of Court

Cathey Warner

versus

Jerry P. Smith,
Richard Lilland,
Horea, Anthony Scaglione

CIVIL ACTION NO. _____

ORIGINAL COMPLAINT

On 10/12/23, I experience a tramautic experience by three (3) young manager of Office Depot, located at 10525 Gulf Freeway, Houston, TX. 77034, to get 1 one copy of a Microsoft Word document, and I was charged $2.33 for the black +white copy. 8 X 11 1/2. The Manager printed the document from my Flash disc and refused to jumate me back my belonging the flush disc, + they took my flush disc went in the back of the store (office) copied everything I had on my disc, and saved information at the print center on another disc, refused to give me my disc back, brought my disc + put in their personal cars + the back of store. After numerous request for my disc. I had to call in the police/press charges, I am not sure what happen with the pressing charges I never was notified

1

Office Depot

The three (3) managers (Jesus) + two (2) other managers which I have their 1st names and reported to the Manager Timothy Ratcliff

The police classified the incident as identify theft & fraud. I started having things purchased in my name, having to prove my identity at bank, social security & other business accounts.

Violated 4th amendment rights, Bill of Rights Declaration of Independence, Privacy Rights, and violated/identity theft, fraud, privacy rights violations

Cathey Warner
3519 E. Walnut Street
c/o Post Office Box 1126
Pearland, TX. [77581]
-231-